# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Minnesota Voters Alliance, et al.,

                Plaintiffs,

v.

Tim Walz, *in his official capacity as Governor of Minnesota, or his successor,* et al.,

                Defendants.

_____

Case No. 20-cv-1688-PJS-KMM

## ORDER OF RECUSAL

     The above-captioned case has been assigned to the undersigned, a Magistrate Judge of the above court.  Pursuant to 28 U.S.C. § 455, the undersigned recuses herself from hearing this matter.

     Accordingly, pursuant to this court's July 5, 2017 Assignment of Cases Order, **IT IS HEREBY ORDERED** that this case be resubmitted to the Clerk of Court for reassignment.

Dated:  August 5, 2020

                             *s/ Katherine Menendez*
                             Katherine Menendez
                             United States Magistrate Judge