UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Voters Alliance, Andrew Cilek, Kim Crockett, Craig Anderson, Yvonne Hundshamer, Craig Jones,<br><br>Plaintiffs,<br><br>v.<br><br>Tim Walz, in his official capacity as Governor of Minnesota, or his successor; Steve Simon, in his official capacity as Secretary of State of Minnesota, or his successor, Mark V. Chapin, in his official capacity as Hennepin County Auditor, or his successor, Christopher A. Samuel, in his official capacity as Ramsey County Auditor, or his successor, Keith Ellison, in his official capacity as Attorney General of Minnesota, or his successor, Mike Freeman, in his official capacity as Hennepin County Attorney, or his successor, John Choi, in his official capacity as Ramsey County Attorney, or his successor,<br><br>Defendants. | Case No. 20-CV-01688 PJS/ECW<br><br><br>**PLAINTIFFS'<br>MOTION FOR TEMPORARY<br>RESTRAINING ORDER AND<br>PRELIMINARY INJUNCTION** |

The Plaintiffs Minnesota Voters Alliance, Andrew Cilek, Kim Crockett, Craig Anderson, Yvonne Hundshamer and Craig Jones, through their counsel, move for temporary restraining order and preliminary injunction requesting this Court to enjoin the Defendants from enforcing Minnesota's legally unauthorized combination of laws criminalizing wearing a mask and not wearing a mask in public places and in polling places. The Plaintiffs' motion

will be based upon filed memoranda of law, supporting declarations and exhibits, and oral argument, including all other documents filed in these proceedings as deemed necessary.

Dated: August 24, 2020.   /s/Erick G. Kaardal
Erick G. Kaardal, 229647
Mohrman, Kaardal & Erickson, P.A.
150 South Fifth Street, Suite 3100
Minneapolis  Minnesota 55402
Telephone: (612) 341-1074
Facsimile: (612) 341-1076
Email: kaardal@mklaw.com
*Attorneys for Plaintiffs*