# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Voters Alliance, Andrew Cilek, Kim Crockett, Craig Anderson, Yvonne Hundshamer, Craig Jones,<br><br>                Plaintiffs,<br><br>v.<br><br>Tim Walz, in his official capacity as Governor of Minnesota, or his successor; Steve Simon, in his official capacity as Secretary of State of Minnesota, or his successor, Mark V. Chapin, in his official capacity as Hennepin County Auditor, or his successor, Christopher A. Samuel, in his official capacity as Ramsey County Auditor, or his successor, Keith Ellison, in his official capacity as Attorney General of Minnesota, or his successor, Mike Freeman, in his official capacity as Hennepin County Attorney, or his successor, John Choi, in his official capacity as Ramsey County Attorney, or his successor,<br><br>                Defendants. | Case No. 20-CV-01688 PJS/ECW<br><br><br>**NOTICE OF HEARING** |

**PLEASE TAKE NOTICE** that the Plaintiffs Minnesota Voters Alliance, Andrew Cilek, Kim Crockett, Craig Anderson, Yvonne Hundshamer and Craig Jones, through their counsel, will bring their motion for temporary restraining order and preliminary injunction before Judge Patrick J. Schiltz of the United States District Court, District of Minnesota, at a time and date to be determined by the Court.

2

Dated: August 24, 2020.  /s/Erick G. Kaardal
Erick G. Kaardal, 229647
Mohrman, Kaardal & Erickson, P.A.
150 South Fifth Street, Suite 3100
Minneapolis Minnesota 55402
Telephone: (612) 341-1074
Facsimile: (612) 341-1076
Email: kaardal@mklaw.com
*Attorneys for Plaintiffs*