UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Voters Alliance, Andrew Cilek, Kim Crockett, Craig Anderson, Yvonne Hundshamer, Craig Jones,<br><br>Plaintiffs,<br><br>v.<br><br>Tim Walz, in his official capacity as Governor of Minnesota, or his successor; Steve Simon, in his official capacity as Secretary of State of Minnesota, or his successor, Mark V. Chapin, in his official capacity as Hennepin County Auditor, or his successor, Christopher A. Samuel, in his official capacity as Ramsey County Auditor, or his successor, Keith Ellison, in his official capacity as Attorney General of Minnesota, or his successor, Mike Freeman, in his official capacity as Hennepin County Attorney, or his successor, John Choi, in his official capacity as Ramsey County Attorney, or his successor,<br><br>Defendants. | Case No. 20-cv-01688 (PJS/ECW)<br><br><br><br>**ORDER** |

This case is before the Court on the Stipulation for Extension of Time to Respond to Complaint (Dkt. 25).  Having considered the Stipulation, **IT IS ORDERED** that Defendants shall have until and including September 11, 2020 to file and serve their response to the Amended Complaint.

Dated:   September 2, 2020             *s/Elizabeth Cowan Wright*
                                       ELIZABETH COWAN WRIGHT
                                       United States Magistrate Judge