UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Voters Alliance, Andrew Cilek, Kim Crockett, Craig Anderson, Yvonne Hundshamer, Craig Jones,<br><br>            Plaintiffs,<br><br>v.<br><br>Tim Walz, in his official capacity as Governor of Minnesota, or his successor; Steve Simon, in his official capacity as Secretary of State of Minnesota, or his successor, Mark V. Chapin, in his official capacity as Hennepin County Auditor, or his successor, Christopher A. Samuel, in his official capacity as Ramsey County Auditor, or his successor, Keith Ellison, in his official capacity as Attorney General of Minnesota, or his successor, Mike Freeman, in his official capacity as Hennepin County Attorney, or his successor, John Choi, in his official capacity as Ramsey County Attorney, or his successor,<br><br>            Defendants. | Case No. 20-cv-01688 (PJS/ECW)<br><br><br><br><br>NOTICE OF HEARING ON STATE DEFENDANTS' MOTION TO DISMISS |

TO:    The Administrator of the Above-Named Court and All Counsel of Record.

PLEASE TAKE NOTICE that State Defendants' motion to dismiss will be heard before the Honorable Patrick J. Schiltz, District Court Judge, on **November 18, 2020 at 8:30 a.m.** at the United States District Court for the District of Minnesota, 300 South Fourth Street, Minneapolis, Minnesota.

Dated: September 11, 2020

KEITH ELLISON
Attorney General
State of Minnesota

s/ **Liz Kramer**
LIZ KRAMER (#0325089)
Solicitor General

MEGAN MCKENZIE (#0388081)
KEVIN FINNERTY (#0325995)
Assistant Attorneys General

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1010 (Voice)
(651) 282-5832 (Fax)
liz.kramer@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS
TIM WALZ, STEVE SIMON AND KEITH
ELLISION

|#4800778-v1