# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

———————————

No: 20-3072

———————————

Minnesota Voters Alliance; Andy Cilek; Kim Crockett; Craig Anderson; Yvonne Hundshamer; Craig Jones

Plaintiffs - Appellants

v.

Tim Walz, in his official capacity as Governor of Minnesota, or his successor; Steve Simon, in his official capacity as Secretary of State of Minnesota, or his successor; Mark Vincent Chapin, in his official capacity as Hennepin County Auditor, or his successor; Christopher A. Samuel, in his official capacity as Ramsey County Auditor, or his successor; Keith M. Ellison, in his official capacity as Attorney General of Minnesota, or his successor; Mike Freeman, in his official capacity as Hennepin County Attorney, or his successor; John Choi, in his official capacity as Ramsey County Attorney, or his successor

Defendants - Appellees

———————————————————————————————————————

Appeal from U.S. District Court for the District of Minnesota
(0:20-cv-01688-PJS)

———————————————————————————————————————

## JUDGMENT

Before GRUENDER, WOLLMAN, and STRAS, Circuit Judges.

The stipulation for dismissal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

November 09, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans