UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 20-3072

Minnesota Voters Alliance, et al.

Appellants

v.

Tim Walz, in his official capacity as Governor of Minnesota, or his successor, et al.

Appellees

_____

Appeal from U.S. District Court for the District of Minnesota
(0:20-cv-01688-PJS)

_____

**MANDATE**

In accordance with the judgment of 11/09/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 09, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit