UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA VOTERS ALLIANCE; ANDREW CILEK; KIM CROCKETT; CRAIG ANDERSON; YVONNE HUNDSHAMER; and CRAIG JONES,<br><br>Plaintiffs,<br><br>v.<br><br>TIM WALZ, in his official capacity as Governor of Minnesota; STEVE SIMON, in his official capacity as Secretary of State of Minnesota; MARK V. CHAPIN, in his official capacity as Hennepin County Auditor; CHRISTOPHER A. SAMUEL, in his official capacity as Ramsey County Auditor; KEITH ELLISON, in his official capacity as Attorney General of Minnesota; MIKE FREEMAN, in his official capacity as Hennepin County Attorney; and JOHN CHOI, in his official capacity as Ramsey County Attorney,<br><br>Defendants. | Case No. 20-CV-1688 (PJS/ECW)<br><br>ORDER |

Erick G. Kaardal, MOHRMAN, KAARDAL & ERICKSON, P.A., for plaintiffs.

Elizabeth C. Kramer, Megan J. McKenzie, and Kevin A. Finnerty, MINNESOTA ATTORNEY GENERAL'S OFFICE, for defendants Tim Walz, Steve Simon, and Keith Ellison.

Kelly K. Pierce and Jeffrey M. Wojciechowski, HENNEPIN COUNTY ATTORNEY'S OFFICE, for defendants Mike Freeman and Mark V. Chapin.

Robert B. Roche, RAMSEY COUNTY ATTORNEY'S OFFICE, for defendants John Choi and Christopher A. Samuel.

Based on the parties' status reports [ECF Nos. 75, 76], IT IS HEREBY ORDERED THAT:

1. The stay of this case [ECF No. 65] is DISSOLVED.

2. A hearing on defendants' motions to dismiss will be held remotely via Zoom on Friday, January 15, 2021, at 8:30 a.m.

3. Plaintiffs' response brief is due no later than Monday, November 30, 2020.

4. Defendants' reply briefs are due no later than Monday, December 21, 2020.

Dated:  November 16, 2020      s/Patrick J. Schiltz
                                                         Patrick J. Schiltz
                                                         United States District Judge